## SOUTHWESTERN OIL CO. v. HENDRICKS et al.

No. 9363—Opinion Filed Oct. 29, 1918.

(175 Pac. 922.)

(Syllabus.)

### Oil and Gas Lease—Forfeiture—Waiver.

Reversed and remanded on authority of No. 9362, Southwestern Oil Co., a Corporation, v. McDaniel et al., 71 Okla. 142, 175 Pac. 920.

Error from District Court, Noble County; W. M. Bowles, Judge.

Action by O. H. Hendricks and T. T. Hendricks against the Southwestern Oil Company. Judgment for plaintiffs. Defendant brings error. Reversed.

Wm. H. England and Geo. S. Ramsey, for plaintiff in error.

Garber & Kruse, B. T. Hainer, and Burns & Toney, for defendants in error.

HARDY, J. Plaintiffs below, who were lessors, commenced an action to set aside an oil and gas lease executed by them to defendant, Southwestern Oil Company, upon the grounds of alleged failure by the lessee to perform the covenants of the lease. The facts in this case are similar in all essential particulars to the facts in No. 9362. Southwestern Oil Co. v. McDaniel, 71 Okla. 142, 175 Pac. 920, just decided, and, was orally argued and submitted in connection therewith upon an agreement that the opinion in that case should control herein.

Upon the authority of that decision, the judgment herein is reversed, and the cause remanded, with directions to render judgment for defendant.

All the Justices concur, except TURNER. J., who concurs in the conclusion.